October 30, 2009

Mr. Gary L. Lewis
George & Brothers, L.L.P.
114 West 7th Street, Suite 1100
Austin, TX 78701
Mr. Elliot Clark
Winstead PC
401 Congress Avenue, Suite 2100
Austin, TX 78701

RE: Case Number: 08-0280
 Court of Appeals Number: 07-06-00157-CV
 Trial Court Number: GN 304,287

Style: AQUAPLEX, INC. AND JAMES EDWARD JONES, JR.
 v.
 RANCHO LA VALENCIA, INC. AND CHARLES R. "RANDY" TURNER

Dear Counsel:

 Today the Supreme Court of Texas issued a per curiam opinion in the
above-referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Amalia Rodriguez |
| |Mendoza |
| |Ms. Peggy Culp |